# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  　　　　　　　　　　　　　　　CASE NO.　4:99cr16-RH/WCS
　　　　　　　　　　　　　　　　　　　　　　　4:11cv18-RH/WCS

MARK ANTHONY JONES,

　　　　Defendant.

_____/

# ORDER DENYING THE PETITION
# FOR A WRIT OF AUDITA QUERELA

　　　　This case is before the court on the report and recommendation, ECF No. 132, and the objections, ECF No. 133. I have reviewed *de novo* the issues raised by the objections. I conclude that the report and recommendation is correct and that the petition should be denied. A certificate of appealability may not be required on a petition like this—but the petitioner has not met the requirements for a certificate, so one will not be issued.

　　　　IT IS ORDERED:

　　　　1. The report and recommendation is ACCEPTED and adopted as the court's opinion.

2. The petition for writ of audita querela, ECF No. 125, is DENIED.

3. Leave to appeal *in forma pauperis* is DENIED.

4. A certificate of appealability is DENIED.

5. The clerk must close the file.

SO ORDERED on September 22, 2011.

Robert L. Hinkle
United States District Judge
