UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    VS                                               CASE NO.  4:99cr16-RH

MARK ANTHONY JONES,

**JUDGMENT**

      The Petition for Writ of Audita Querela is denied.


                                        JESSICA J. LYUBLANOVITS
                                        CLERK OF COURT

                                        s/Pam Lourcey

 September 22, 2011
DATE                                  Deputy Clerk: Pam Lourcey